# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OVIDIO ORELLANA, | CASE NO. CV-F-04-5979 AWI LJO |
| Plaintiff, | **ORDER TO SET PRELIMINARY SETTLEMENT APPROVAL DATES** |
| vs. | |
| SILVA TRUCKING, | |
| Defendant. | |

This Court conducted a November 9, 2005 status conference. Plaintiff Ovidio Orellana ("plaintiff") appeared by telephone by counsel Jerry N. Budin, Law Office of Jerry Budin. Defendant Silva Trucking ("defendant") appeared by telephone by counsel David Chidlaw, Sheppard, Mullin, Richter & Hampton, LLP.

After discussion with counsel and on the basis of good cause, this Court:

1. ORDERS the parties, no later than November 22, 2005, to file and serve papers for preliminary approval of class settlement; and

2. SETS a hearing for December 1, 2005 at 9 a.m. in Department 6 (LJO) on preliminary approval of class settlement.

IT IS SO ORDERED.

**Dated:   November 9, 2005**          /s/ Lawrence J. O'Neill
66h44d                                 UNITED STATES MAGISTRATE JUDGE

1