IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OVIDIO ORELLANA,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>SILVA TRUCKING,<br><br>　　　　　Defendant.<br>_____/ | CASE NO. CV-F-04-5979 AWI LJO<br><br>**ORDER ADOPTING FINDINGS AND RECOMMENDATIONS OF PRELIMINARY APPROVAL OF STIPULATION AND SETTLEMENT AGREEMENT, NOTICE TO CLASSES; AND CLAIM PROCEDURE**<br>(Doc. 30) |

　　　　On December 22, 2005, the Magistrate Judge to whom this action has been assigned issued Findings and Recommendations on the preliminary approval of the Stipulation and Settlement Agreement, the Notice of Proposed Class Action Settlement and Fairness Hearing and the Claim Form/FLSA Consent Form, and other matters related to settlement of the above entitled matter. (Doc. 30.) Plaintiff filed a notice of non-opposition to the Findings and Recommendations on December 26, 2005. (Doc. 31.) Defendant has not filed timely objections to the findings and recommendations.

　　　　In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), and Fed.R.Civ.P. 72(b), this Court has conducted a <u>de novo</u> review of this case. Having carefully reviewed the entire file, the Court finds the findings and recommendations to be supported by the record and by the Magistrate Judge's analysis.

　　　　Pursuant to 28 U.S.C. §636(b)(1), the Magistrate Judge's Findings and Recommendations ARE HEREBY ADOPTED IN FULL.

IT IS SO ORDERED.

**Dated:　January 26, 2006**　　　　　　　　　　　　　/s/ Anthony W. Ishii
h2ehf　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

1