Jerry Budin, Esquire
State Bar #88539
LAW OFFICE OF JERRY BUDIN
1500 "J" Street
Modesto, California 95354
Telephone: (209) 544-3030
Facsimile: (209) 544-3144

Attorney for Plaintiff,
OVIDIO ORELLANA, individually
and on behalf of all others
similarly-situated

David B. Chidlaw, Esq.
SHEPPARD, MULLIN, RICHTER & HAMPTON
333 South Hope Street, 48th Floor
Los Angeles, California 90071-1448
Telephone: (213) 620-1780
Facsimile: (213) 620-1398

Attorneys for Defendant,
SILVA TRUCKING, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OVIDIO ORELLANA, et al., ) | CASE NO. CV F 04-5979 AWI LJO |
| ) | |
| Plaintiffs, ) | STIPULATION AND ORDER |
| vs. ) | RE: CONTINUANCE OF "FAIRNESS |
| ) | HEARING" (NOTE: time of hearing |
| ) | In Order) |
| SILVA TRUCKING, INC., ) | |
| ) | |
| Defendant. ) | |
| _____) | |

   IT IS HEREBY STIPULATED by and between the parties through their respective counsel that, in order to allow for the full 60-day notice period to the putative class members, the "Fairness Hearing" now scheduled in this matter for April 11, 2006 should be continued to May 24, 2006 at 9:00 a.m. in Courtroom 8.

DATED: February 23, 2006          LAW OFFICE OF JERRY BUDIN


                                  By: /s/ Jerry Budin
                                      JERRY BUDIN
                                      Class Counsel

```
DATED: February 23, 2006           SHEPPARD, MULLIN, RICHTER & HAMPTON


                                   By:  /s/ David Chidlaw
                                        Attorneys for Defendant,
                                        SILVA TRUCKING, INC.
```

**ORDER**

GOOD CAUSE APPEARING from the above stipulation,

IT IS HEREBY ORDERED that the "Fairness Hearing" now scheduled for April 11, 2006 shall be continued to May 24, 2006 at 8:30 a.m. in Courtroom 8 of the above-entitled court and the "Notice Of Proposed Class Action Settlement And Fairness Hearing" [Ex. B to Findings And Recommendations (Doc. 30)] shall be modified to reflect the change in the hearing date.

IT IS SO ORDERED.

**Dated:    February 24, 2006**             /s/ Lawrence J. O'Neill
b9ed48                              UNITED STATES MAGISTRATE JUDGE