SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
  A Limited Liability Partnership
  Including Professional Corporations
DOUGLAS R. HART, Cal. Bar No. 115673
DAVID B. CHIDLAW, Cal. Bar No. 144681
GEOFFREY D. DEBOSKEY, Cal. Bar No. 211557
333 South Hope Street, 48th Floor
Los Angeles, California 90071-1448
Telephone: 213-620-1780
Facsimile: 213-620-1398

Attorneys for Defendant Silva Trucking

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| OVIDIO ORELLANA, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>SILVA TRUCKING and DOES 1 through 100,<br><br>Defendants. | Case No. CV-F-04-5979 AWI LJO<br><br>[Previously CIV.S-04-0506 FCD GGH]<br><br>**STIPULATION AND ORDER CONTINUING THE FINAL FAIRNESS HEARING CURRENTLY SET FOR MAY 24, 2006**<br><br>**New Date: August 4, 2006**<br>**New Time: 10:00 a.m.**<br><br>[Complaint Filed: March 15, 2004]<br><br>Trial Date:           None Set |

TO THE HONORABLE COURT:

The final fairness hearing in the above-captioned matter is presently set for May 24, 2006. It took more time than anticipated for Defendant Silva Trucking, Inc. to compile the employee records that are required to facilitate the settlement. Therefore, the parties hereby stipulate to continue the Final Fairness Hearing for this matter to August 4, 2006 at 10:00 a.m.

DATED:  May 3, 2006

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

By    /s/ Geoffrey D. DeBoskey
      _____
      DAVID CHIDLAW
      GEOFFREY D. DEBOSKEY
      Attorneys for Defendant
      Silva Trucking

DATED:  May 3, 2006

LAW OFFICES OF JERRY BUDIN

By    /s/ Jerry Budin
      _____
      Attorneys for Plaintiff
      Ovidio Orellana

IT IS SO ORDERED.

**Dated:   May 5, 2006**         **/s/ Lawrence J. O'Neill**
b9ed48                           UNITED STATES MAGISTRATE JUDGE

-2-

W02-LA:LDB\70948732.1

STIPULATION AND [PROPOSED] ORDER
CONTINUING THE FINAL FAIRNESS HEARING
CURRENTLY SET FOR MAY 24, 2006