UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

(FRESNO DIVISION)

| | |
|---|---|
| OVIDIO ORELLANA, et al., ) | CASE NO. CV F 04-5979 AWI LJO |
| ) | |
| Plaintiffs, ) | JUDGMENT ON |
| vs. ) | FINDINGS AND RECOMMENDATIONS |
| ) | ON FINAL APPROVAL OF STIPULATION |
| ) | AND SETTLEMENT AGREEMENT |
| SILVA TRUCKING, INC., ) | |
| ) | |
| Defendant. ) | |
| _____) | |

On August 28, 2006, the Magistrate Judge to whom this action has been assigned issued Findings and Recommendations on Final Approval Of Stipulation And Settlement Agreement (Doc. 41). Plaintiff filed a notice of non-opposition to the Findings and Recommendations on August 29, 2006 (Doc. 42). Defendant also filed a notice of non-opposition to the Findings And Recommendations on September 11, 2006 (Doc. 43).

Pursuant to 28 U.S.C. §636(b)(1), the Magistrate Judge's Findings and Recommendations ARE HEREBY ADOPTED IN FULL and, in conformance therewith,

IT IS HEREBY ADJUDGED AND ORDERED that:

1. The Stipulation And Settlement Agreement is approved in full;

2. Defendant Silva Trucking shall pay attorneys fees and costs in the total sum of $42,500.00 to class counsel, Jerry Budin, subject to the "Notice Of Lien Claim" of Green & Azevedo;

3. Defendant Silva Trucking shall make payments to the Settlement Class members pursuant to the procedures and formulas set forth in the Stipulation And Settlement Agreement;

4. Defendant Silva Trucking shall make a payment of $10,000.00 to Class Representative Ovidio Orellana for his efforts and services on the behalf of the Class in this litigation;

5. This court shall retain jurisdiction over this matter and the parties for the purpose of enforcing compliance with said Stipulation And Settlement Agreement;

6. Upon defendant Silva Trucking's satisfaction of its obligations under said Stipulation And Settlement Agreement and the payment of all sums pursuant thereto, plaintiff's counsel shall notify the court, whereupon this matter shall be dismissed with prejudice.

IT IS SO ORDERED.

**Dated:   September 13, 2006**          **/s/ Anthony W. Ishii**
0m8i78                                     UNITED STATES DISTRICT JUDGE

---

JUDGMENT ON FINDINGS AND
AND RECOMMENDATIONS ON FINAL APPROVAL
OF STIPULATION AND SETTLEMENT AGREEMENT

CASE NO.   CV F 04-5979 AWI LJO

2