IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OVIDIO ORELLANA, | CASE NO. CV-F-04-5979 LJO SMS |
| Plaintiff, | **ORDER ON PLAINTIFF'S MOTION TO ENFORCE SETTLEMENT** |
| vs. | |
| SILVA TRUCKING, | |
| Defendant. / | |

On August 21, 2007, plaintiff Ovidio Orellana filed a motion to compel defendant to comply with the parties' settlement agreement. Defendant Silva Trucking, Inc. filed its opposition on September 14, 2007. Plaintiff filed a reply on September 24, 2007. The Court took the motion under submission without oral argument pursuant to Local Rule 78-230(h). Having considered the moving, opposition, and reply papers, as well as the Court's file, the Court issues the following order.

In his reply brief, plaintiff indicates that the information he had sought in the current motion has been provided by defendant. Plaintiff indicates that defendant provided confirmation of tax-related information in defendant's opposition to this motion. Plaintiff states that he will be able to certify to the Court that the settlement is concluded.

Accordingly, the Court finds this motion MOOT.

IT IS SO ORDERED.

**Dated:   October 17, 2007**          /s/ Lawrence J. O'Neill
                                                          UNITED STATES DISTRICT JUDGE

1