Jerry N. Budin
State Bar #88539
Law Office of Jerry Budin
2401 E. Orangeburg Ave., Ste. 675-309
Modesto, California 95355
Telephone: (209) 544-3030
Facsimile: (209) 544-3144

Attorney for Plaintiffs,
OVIDIO ORELLANA, et al.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

(Fresno Division)

| | |
|---|---|
| OVIDIO ORELLANA, et al., ) | CASE NO. CV F 04-5979 LJO SMS |
| ) | |
| Plaintiff, ) | ORDER RE: |
| ) | DISMISSAL WITH PREJUDICE |
| vs. ) | |
| ) | |
| SILVA TRUCKING, INC., ) | |
| and DOES 1 through 100, ) | |
| ) | |
| Defendants. ) | |

Pursuant to the Judgment On Findings And Recommendations On Final Approval Of Stipulation And Settlement Agreement entered herein on September 15, 2006 (Doc. 44), class counsel hereby notifies the Court that, based on the Declaration filed by defendant herein on September 13, 2007 (Doc. 47), all of the obligations under said Stipulation And Settlement Agreement have been satisfied and, therefore, this matter should be dismissed with prejudice.

DATED: October 18, 2007        LAW OFFICE OF JERRY BUDIN


                                /s/ Jerry Budin
                                Jerry Budin
                                Attorney for Plaintiffs,
                                OVIDIO ORELLANA, et al.

[PROPOSED] ORDER RE: DISMISSAL WITH PREJUDICE                    CASE NO. CV-F-04-5979 AWI

**ORDER**

Based on the foregoing and good cause appearing therefrom,

IT IS HEREBY ORDERED that this matter be and is hereby dismissed with prejudice.

This case is closed.

IT IS SO ORDERED.

**Dated:   October 19, 2007**          /s/ Lawrence J. O'Neill
                                        UNITED STATES DISTRICT JUDGE